UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| John Karakashian,<br><br>                   Plaintiff,<br>v.<br><br>Integrity Solution Services, Inc.; and DOES 1-10, inclusive,<br><br>                  Defendants. | Civil Action No.:  1:15-cv-00873-RBK-AMD |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of voluntary dismissal pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: April 1, 2015

                                               Respectfully submitted,

                                               By: /s/ Sofia Balile

                                               Sofia Balile, Esq.
                                               Lemberg Law, LLC
                                               1100 Summer Street
                                               Stamford, CT 06905
                                               Phone: (917) 981-0849
                                               Fax:    (203) 653-3424

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 1, 2015, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of New Jersey Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                    By /s/ Sofia Balile

                                        Sofia Balile