UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| John Karakashian, | : <br> : <br> : Civil Action No.: 1:15-cv-00873-RBK-AMD <br> Plaintiff,    : <br> v.              : <br> : <br> Integrity Solution Services, Inc.; and DOES 1-10, inclusive,    : <br> : <br> Defendants.    : <br> : |

NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>

John Karakashian ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: May 28, 2015

                                                         Respectfully submitted,

                                                         By: /s/ Sofia Balile

                                                         Sofia Balile, Esq.
                                                         Lemberg Law, LLC
                                                         1100 Summer Street
                                                         Stamford, CT 06905
                                                         Phone: (917) 981-0849
                                                         Facsimile: (203) 653-3424
                                                         Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 28, 2015, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of New Jersey Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                        By /s/ Sofia Balile

                                            Sofia Balile